IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

YOLANDA ALDERETE,

    Plaintiff,

v.                                                                                        No. CV 17-1127 CG

NANCY A. BERRYHILL,
Acting Commissioner of the
Social Security Administration,

    Defendant.

## FINAL JUDGMENT

Pursuant to the Court's *Memorandum Opinion and Order*, (Doc. 24), which granted Plaintiff's *Motion to Reverse and Remand for a Rehearing With Supporting Memorandum*, (Doc. 18), the Court enters this Judgment under Rule 58 of the Federal Rules of Civil Procedure **REMANDING** this case to the Commissioner of the Social Security Administration for further administrative action.

**IT IS SO ORDERED.**

                                                  _____
                                                  THE HONORABLE CARMEN E. GARZA
                                                  CHIEF UNITED STATES MAGISTRATE JUDGE